UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VIOREL COTUNA and
LUMINITA COTUNA,

    Plaintiffs,

v.                                   Case No:   6:20-cv-896-PGB-GJK

WAL-MART STORES EAST,
LP,
and ROBERT MORRIS,

    Defendants.
_____

## ORDER

Pending before the Court is Plaintiffs' Unopposed Motion for CM/ECF Login Credentials (Doc. 40). "Pro se litigant access in CM/ECF is restricted to the case in which the pro se litigant has approval of the presiding judge." Middle District of Florida Administrative Procedures for Electronic Filing, section B.4. If a pro se litigant does not have approval of the presiding judge, then she must file paper originals with the Court (Id. at E.6).

Plaintiffs, appearing pro se, request CM/ECF login credentials so that "they can timely file and receive documents filed electronically with

this Court" (Doc. 40 at ¶ 3). Plaintiffs also wish to save mailing expenses (Id. at ¶ 4). The motion is unopposed (Id. at 2-3).

After due consideration the motion is **GRANTED** as follows:

(1) Plaintiffs shall comply with the Middle District of Florida Administrative Procedures for Electronic Filing, which can be found at https://www.flmd.uscourts.gov/sites/flmd/files/documents/flmd-administrative-procedures-for-electronic-filing.pdf.

(2) Plaintiffs shall promptly register for access to CM/ECF and shall contact the Clerk's office to effectuate that process. Plaintiffs shall follow the Clerk's instructions with respect to registering and using the CM/ECF system.

(3) The failure to comply with this Order, the Clerk's directives, the Administrative Procedures for Electronic Filing in Civil and Criminal Cases, or to otherwise abuse the privileges of filing and receiving documents electronically will result in withdrawal of the privilege of filing and receiving documents electronically and may result in sanctions.

(4) The Clerk shall permit Plaintiffs to register for and use CM/ECF only for the prosecution of this case and shall promptly report any abuse of the system to chambers.

**DONE** and **ORDERED** in Orlando, Florida, on May 24, 2021.[1]

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Party

---

[1] Judge Smith is temporarily handling this case for Judge Kelly.